is summarily remanded to the trial court for resentencing in light of *State v. Pierce* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

915 A.2d 1048

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. FREDDIE SANTIAGO, DEFENDANT–PETITIONER.

January 31, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

915 A.2d 1048

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ROBERT LEE STANTON, DEFENDANT–PETITIONER.

January 31, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Pierce* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).